UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MEGAN RAISCH MORROW<br><br>Plaintiff,<br><br>v.<br><br>BRC ENTERTAINMENT LLC, a California Limited Liability Company; STEVE ORTEGA,<br><br>Defendants. | **No. CV 13-06177 DDP (CWx)**<br><br>**ORDER OF JUDGMENT**<br><br>**(CLOSED)** |

Judgment shall be entered forthwith in this action in favor of plaintiff JESSICA MEGAN RAISCH MORROW and against defendants STEVE ORTEGA and BRC ENTERTAINMENT, LLC as follows:

1. Plaintiff shall have and recover from defendants, jointly and severally, the sum of ONE HUNDRED THOUSAND and 00/100 DOLLARS ($100,000.00).

2. Plaintiff shall also have and recover her costs, attorneys' fees, and related expenses incurred in this underlying action as well as any costs, attorneys' fees, and related expenses incurred in connection with enforcing this Judgment and/or collecting the amount of the Judgment.

{00014927.DOC}

**[PROPOSED] ORDER OF JUDGMENT**

3. This Judgment is valid, binding, and enforceable in any jurisdiction worldwide, to the fullest extent of any and all applicable laws and treaties related thereto.

4. Defendants have expressly waived the right to appeal this Judgment both as to form and content, and have expressly waived notice of entry of judgment, notice of and right to any hearing regarding entry of judgment and notice of default hereon.

5. This Court shall retain jurisdiction over the parties to enforce this Judgment until there is full performance of the terms hereof, including, but not limited to, full collection of the Judgment by plaintiff.

**IT IS SO ORDERED.**

Dated: November 10, 2014

*[signature]*

UNITED STATES DISTRICT JUDGE