UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MEGAN RAISCH MORROW,<br><br>        Plaintiff,<br><br>    v.<br><br>BRC ENTERTAINMENT LLC, a California Limited Liability Company; STEVE ORTEGA,<br><br>        Defendants. | No. CV 13-06177-DDP (CWx)<br><br>[Action Filed 08/22/2013; Action Dismissed Without Prejudice 7/3/2014; Jurisdiction Retained by Court]<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

        The judgment debtors, BRC ENTERTAINMENT LLC and STEVE ORTEGA, as its principal and agent and individually ("DEFENDANTS"), having judgment entered against DEFENDANTS on November 10, 2014;

        NOW, upon application of Plaintiff and judgment creditor JESSICA MEGAN RAISCH MORROW ("MORROW"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to MORROW.

        Judgment against DEFENDANTS is hereby renewed in the amount of $100,000.00 and for injunctive relief and MORROW shall recover as follows

{00024846.DOC}

Judgment as entered and renewed: **$100,000.00**

Dated: 11/6 __, 2024

*Sharon Hall Brown*
_____
~~CLERK~~
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF SHELDON J. WARREN, APLC


By: _____/s/_____

SHELDON J. WARREN

Attorney for Plaintiff and Judgment Creditor JESSICA MEGAN RAISCH MORROIW